

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00227-CR

**TRAVIS JAMES AMY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 220th District Court
### Bosque County, Texas
### Trial Court No. CR14558

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss his appeal as moot because the trial court granted his motion for new trial after Appellant had filed his notice of appeal. *See* TEX. R. APP. P. 42.2(a).

The trial court's order granting a new trial is attached to the motion to dismiss. The State does not oppose dismissal, and we have not issued a decision. Finding this appeal to be moot, we dismiss it. *See Rogers v. State*, No. 10-06-00084, 2006 WL 1280861 (Tex. App.—Waco May 10, 2006, no pet.).

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 23, 2012
Do not publish
[CR25]